DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOSEPH J. GRANT,**
Appellant,

v.

**DEPARTMENT OF AGRICULTURE and CONSUMER SERVICES,
DIVISION OF LICENSING,**
Appellee.

No. 4D17-2561

[December 13, 2018]

Appeal from the Department of Agriculture and Consumer Services, Division of Licensing; L.T. Case Nos. W 1178420 and CW 201604964.

Joseph J. Grant, Pembroke Pines, pro se.

Karin M. Byrne, Senior Attorney, Department of Agriculture and Consumer Services, Division of Licensing, Tallahassee, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., FORST and KLINGENSMITH, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***